UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 25-01936 |
| ) | | |
| JoKathy Smith Mitchell ) | Chapter: | 13 |
| ) | Honorable David D. Cleary | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER EXTENDING THE AUTOMATIC STAY

This cause coming to be heard on Motion of the Debtor to extend the automatic stay, the Court having jurisdiction over the matter, being fully advised on the premises and due notice being given to the parties entitled thereto, IT IS HEREBY ORDERED:

1. That the automatic stay is hereby EXTENDED as to all creditors, pursuant to Section 362 (c)(3)(B).

Enter: *David D. Cleary* (signature)

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: February 24, 2025

**Prepared by:**

The Semrad Law Firm, LLC
11101 S Western Ave
Chicago, IL 60643
312-913-0625